MORGAN, LEWIS & BOCKIUS LLP
Christopher J. Banks, Bar No. 218779
christopher.banks@morganlewis.com
Jason Brown, Bar No. 266472
jason.brown@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Plaintiff
Ahern Rentals, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada Corporation<br><br>Plaintiff,<br><br>vs.<br><br>EQUIPMENTSHARE.COM, INC., a Delaware corporation, MATTHEW ALLEN, an individual, DERRICK TORRES, an individual, and DOES 1-100<br><br>Defendants. | Case No. 2:19-cv-01788-MCE-KJN<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE UNDER SEAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 37267957.1

ORDER
CASE NO. 2:19-CV-101788-MCE-KJN

Having reviewed Plaintiff's Request to Seal Documents the Court GRANTS Plaintiff's Motion and ORDERS that the following document and portions are permitted to be filed under seal pursuant to Eastern District of California Local Rule 141:

Documents Submitted to the Court numbered AHERN 000001-81.

**IT IS SO ORDERED**

Dated: September 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

DB2/ 37267957.1

2

ORDER
CASE NO. 18-CV-04176-WHA