# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada Corporation<br><br>Plaintiff,<br><br>vs.<br><br>EQUIPMENTSHARE.COM, INC., a Delaware corporation, MATTHEW ALLEN, an individual, DERRICK TORRES, an individual, and DOES 1-100<br><br>Defendant. | Case No. 2:19-cv-01788-MCE-KJN<br><br>ORDER GRANTING JOINT STIPULATION TO STAY LITIGATION AND SET A NEW HEARING DATE AND BRIEFING SCHEDULE<br><br>Date: October 31, 2019<br>Time: 2:00 p.m.<br>Place: 7<br>Judge: Hon. Morrison C. England, Jr. |

**Error! No document variable supplied.**        Case No: 2:19-cv-01788-MCE-KJN

ORDER

This matter having come before the Court upon the Joint Stipulation, the Court having considered the papers, and being duly advised:

**IT IS HEREBY ORDERED THAT:**

1. This litigation is stayed, pending mediation and settlement discussions.
2. The hearing on the Motion for Preliminary Injunction filed by Plaintiff (ECF No. 7), currently scheduled for hearing on October 31, 2019, is continued to December 5, 2019 at 2:00 p.m..
3. A new briefing schedule will be set based on this new hearing date with Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction being due November 14, 2019, and Plaintiff's Reply to Defendant's Opposition being due November 21, 2019.
4. All other deadlines, including Defendants' responsive pleading deadline, in this matter are stayed.
5. All requirements and deadlines under Federal Rule of Civil Procedure 26 are stayed until the Motion for Preliminary Injunction is ruled on.
6. The parties shall notify the Court of the results of the mediation and settlement discussions. A Joint Status Report shall be submitted in that regard not later than sixty (60) days after the date of this Order, and every sixty (60) days thereafter.

IT IS SO ORDERED.

DATED: October 15, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**Error! No document variable supplied.**     Case No: 2:19-cv-01788-MCE-KJN

[PROPOSED] ORDER

2