# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada Corporation<br><br>Plaintiff,<br><br>vs.<br><br>EQUIPMENTSHARE.COM, INC., a Delaware corporation, MATTHEW ALLEN, an individual, DERRICK TORRES, an individual, and DOES 1-100<br><br>Defendant. | Case No. 2:19-cv-01788-MCE-KJN<br><br>ORDER GRANTING JOINT STIPULATION TO VACATE PRIOR ORDERS AND MAINTAIN HEARING DATE AND BRIEFING SCHEDULE |

This matter having come before the Court upon Joint Stipulation, the Court having considered the papers, and on a showing of good cause:

**IT IS HEREBY ORDERED THAT:**

1. This Court's Orders of November 8, 2019 [ECF 11] and November 19, 2019 [ECF 16] are hereby VACATED.

2. The hearing on Plaintiff's Motion for Preliminary Injunction shall be continued to February 20, 2020, with Defendants' response due February 6, 2020 and Plaintiff's Reply due February 13, 2020.

3. Defendants shall file their respective responsive pleadings, to the extent not yet filed, by no later than December 20, 2019.

4. The parties shall engage in a Rule 26(f) conference no later than January 3, 2020.

5. Plaintiff shall produce to Defendants a copy of the documents (AHERN 00001-81) that were sealed pursuant to Plaintiff's Motion to Seal [ECF 5] no later than January 6, 2020, and subject to the parties stipulated protective order.

6. The parties shall exchange Rule 26 initial disclosures in this matter on or before January 15, 2020.

IT IS SO ORDERED.

DATED: January 2, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE